**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| ABDOULAYE II DIALLO, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 26-03334-CV-S-BP |
| | ) | |
| SAMUEL OLSON, in his official capacity as | ) | |
| Field Office Director of the Immigration and | ) | |
| Customs Enforcement and Removal Operations | ) | |
| Chicago Field Office, *et al*. | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER EXTENDING BRIEFING SCHEDULE

On June 12, 2026, the Court directed Petitioner to file a Memorandum of Law within seven days. That same Order, (Doc. 12), suggested Petitioner should also file an Amended Petition to (1) name the proper Respondents and (2) account for the Eighth Circuit's decision in *Avila v. Bondi*, 170 F.4th 1128 (8th Cir. 2026). To date, Petitioner has not filed a Memorandum of Law or an Amended Petition.

The Court will, on its own initiative, extend the deadlines. Petitioner shall have until and including July 8, 2026, to file an Amended Petition and a Memorandum of Law. Respondents shall have ten days to respond, and Petitioner shall have ten days thereafter to file a Traverse.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
**DATE**: June 29, 2026                UNITED STATES DISTRICT COURT