# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

ABDOULAYE II DIALLO,　　　　　　）
　　　　　　　　　　　　　　　　）
　　　Plaintiff,　　　　　　　　　　）
　　　　　　　　　　　　　　　　）
　　　v.　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　）　　　Case No. 6:26-03334-CV-S-BP
SAMUEL OLSON,, et al.,　　　　　　）
　　　　　　　　　　　　　　　　）
　　　Defendants.　　　　　　　　　）

## CLERK'S ORDER OF DISMISSAL

On the 8th of July, a notice of voluntary dismissal without prejudice was filed herein,

IT IS ORDERED that Plaintiff's complaint is hereby **DISMISSED** without prejudice

against Defendants Samuel Olson, Markwayne Mullin, Todd Blanche and Warden Doe. Each

party to bear their own costs and attorneys' fees.

　　　　　　　　　　　　　　AT THE DIRECTION OF THE COURT

　　　　　　　　　　　　　　Paige Wymore-Wynn, Clerk of Court
　　　　　　　　　　　　　　**/s/ Karri Sandusky**
　　　　　　　　　　　　　　Deputy Clerk

Date:　July 9, 2026